UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14056-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICKY ALAN HERRICK,

    Defendant.
_____/



FILED by _____ D.C.

FEB 1 6 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO AMENDED VIOLATION SET FORTH IN PETITION FOR VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for preliminary hearing in respect to the pending Petition Alleging Violations Of Supervised Release on February 16, 2011, and the government having announced that it was amending the Petition as set forth below, and the Defendant having announced that he and the government have agreed that he would admit the Petition as amended, this Court recommends to the District Court as follows:

1. The Defendant appeared before this Court on February 16, 2011, for a preliminary hearing in respect to the Petition Alleging Violations Of Supervised Release. At that time, the government announced that it was amending Violation Number 1 to read as follows:

| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from the violation of the law. On or about January 4, 2011, in Martin County, Florida, the defendant committed the misdemeanor offense of battery, contrary to Florida Statute and was convicted of that offense in the Circuit Court in and for Martin County, Florida, on February 2, 2011. |
|---|---|

2. The government announced that it was voluntarily dismissing Violation Number 2 set forth in the Petition based upon the Defendant's agreement to admit Violation Number 1 as amended. The possible maximum penalties which the Defendant was facing were read into the record by the government and the Defendant stated that he understood those penalties.

3. The government stated a factual basis on the record to which the Defendant agreed. The factual basis established that on January 4, 2011 in Martin County, Florida, the Defendant used his vehicle to rear-end a vehicle driven by his girlfriend, Ashley Richardson. This was not an accident. It was an intentional act by the Defendant to strike the vehicle in which Ashley Richardson was an occupant. The Defendant entered a negotiated plea to the charge of battery the Martin County Circuit Court on or about February 2, 2011 and was sentenced to time served which was twenty-eight (28) days as stated on the record. Ashley Richardson, the victim in that case, was in court at this hearing. The Defendant agreed to that factual basis as stated by the government. This Court specifically asked the Defendant if this was an intentional act as opposed to an accident. The Defendant admitted that it was an intentional act of using his vehicle to strike the vehicle in which his girlfriend, Ashley Richardson, was occupying at the time. Based upon that factual basis, this Court finds that it does support the Defendant's admission to the charge of battery for which he was convicted in Martin County on February 2, 2011.

4. The Defendant announced at the outset of the preliminary hearing that he wished to admit Violation Number 1 as amended by the government. This Court questioned the Defendant and made certain that he understood his rights in regards to an

evidentiary hearing in respect to the alleged violation. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

**ACCORDINGLY**, based upon the Defendant's admission to Violation Number 1 as amended in the Petition, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Number 1 as amended and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter. This Court advised the parties that Judge Moore intends to conduct the sentencing hearing on February 28, 2011 and that the parties will receive a more specific order in that regard from Judge Moore's chambers.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _16th_ day of February, 2011, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Diana M. Acosta
AFPD Fletcher Peacock
U. S. Probation
U. S. Marshal

3