UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14056-CR-MOORE

**UNITED STATES OF AMERICA**,

    Plaintiff(s),

vs.

**RICKY ALAN HERRICK**
**#75966-004**,

    Defendant(s).
_____/

COURT MINUTES
Date: February 28, 2011
Time: 15 Minutes

| | |
|---|---|
| TYPE OF HEARING: | Supervised Release Violation |
| PLAINTIFF'S COUNSEL: | Diana Acosta, AUSA |
| DEFENSE COUNSEL: | Fletcher Peacock, AFPD |
| PROBATION OFFICER: | James R. Pierce, USPO |
| INTERPRETER: | None |
| CLERK: | Robin Godwin |
| REPORTER: | Jill Hardy - Hobbs |
| PROCEEDINGS AT HEARING: | Preliminary Hearing held 2/16/2011.  Report and Recommendation [49] ADOPTED. |
| | Defendant admits to violation.  Court finds Defendant guilty of Violation No. 1 as amended in the Petition and REVOKES supervised release.  Defendant committed to the custody of the Bureau of Prisons for a term of Eleven (11) Months, followed by supervised release for a term of Twenty Five (25) Months, to include anger management.  Court recommends credit for time served, from 6/4/2011. |

Case No. 07-14056-CR-MOORE

-2-